IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALGREEN CO. and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | No. C 11-02930 TEH<br><br>**ORDER OF RECUSAL** |

　　I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

　　All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: 06/21/2011

　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE