| | |
|---|---|
| 1 | SEYFARTH SHAW LLP<br>Diana Tabacopoulos (SBN 128238)<br>E-mail: dtabacopoulos@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 2 | |
| 3 | |
| 4 | |
| 5 | SEYFARTH SHAW LLP<br>Jill Porcaro (SBN 190412)<br>E-mail: jporcaro@seyfarth.com<br>Candace Bertoldi (SBN. 254725)<br>E-mail: cbertoldi@seyfarth.com<br>333 South Hope Street, Suite 3900<br>Los Angeles, California 90071-1406<br>Telephone: (213) 270-9600<br>Facsimile: (213) 270-9601 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Attorneys for Defendant<br>WALGREEN CO. |
| 11 | |
| 12 | SCOTT COLE & ASSOCIATES, APC<br>Scott Edward Cole (SBN 160744)<br>E-mail: scole@scalaw.com<br>Molly A. DeSario (SBN 230763)<br>Email: mdesario@scalaw.com<br>Stephen Noel Ilg (SBN 275599)<br>Email: silg@scalaw.com<br>1970 Broadway, Ninth Floor<br>Oakland, California 94612<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Attorney for Plaintiffs<br>GEORGE WILSON and TANARICA MARTIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. and DOES 1 through 100, inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. **CV 11-2930 MEJ**<br><br>[Assigned to Magistrate Judge Maria-Elena James, Courtroom B]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** ORDER<br><br>[SFSC Case No. CGC-11-510950]<br><br>Complaint filed: May 13, 2011 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 11-2930 MEJ

13487590v.1

Pursuant to Local Rule 6-1(a), Plaintiffs George Wilson and Tanarica Martin and Defendant Walgreen Co. ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendant to respond to the Complaint, from June 21, 2011 until July 12, 2011. No prior extension of time was previously agreed upon.

This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

**IT IS SO STIPULATED**.

DATED: June 17, 2011                          SEYFARTH SHAW LLP


By  /s/ Candace Bertoldi
    Diana Tabacopoulos
    Jill Porcaro
    Candace Bertoldi
Attorneys for Defendant
WALGREEN CO.

DATED: June 17, 2011                          SCOTT COLE & ASSOCIATES, APC


By  /s/ Scott Edward Cole
    Scott Edward Cole
    Molly A. DeSario
    Stephen Noel Ilg
Attorneys for Plaintiffs
GEORGE WILSON and TANARICA MARTIN

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*