SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
E-mail: dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
Candace Bertoldi (SBN. 254725)
E-mail: cbertoldi@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
WALGREEN CO.

SCOTT COLE & ASSOCIATES, APC
Scott Edward Cole, Esq. (S.B. # 160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, Esq. (S.B. #275599)
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: mdesario@scalaw.com
Email: silg@scalaw.com
Web: www.scalaw.com

Attorney for Plaintiffs
GEORGE WILSON and TANARICA MARTIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 11-2930 EMC<br><br>[Assigned to the Hon. Judge Edward M. Chen, Courtroom 5]<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT (Fed R. Civ. P. 15(a))**<br><br>[SFSC Case No. CGC-11-510950]<br>Complaint filed: May 13, 2011 |

[PROPOSED] ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT
Case No. CV 11-2930 EMC

13586360v.1

1 |     Having considered the parties' Stipulation to File First Amended Complaint, and having found it to be supported by good cause, it is hereby ORDERED that:

1. Plaintiffs George Wilson and Tanarica Martin's First Amended Complaint, attached as Exhibit A to the parties' Stipulation, is deemed filed and served as of the date of this Order.

2. Defendant Walgreen Co.'s response to the First Amended Complaint shall be due in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of California.

**IT IS SO ORDERED:**

DATED: 7/22/11



Edward M. Chen
U.S. District Judge

2
[PROPOSED] ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT
Case No. CV 11-2930 EMC

13586360v.1