| | |
|---|---|
| 1<br>2<br>3<br>4 | SEYFARTH SHAW LLP<br>Diana Tabacopoulos (SBN 128238)<br>E-mail: dtabacopoulos@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California  90067-3021<br>Telephone:  (310) 277-7200<br>Facsimile:  (310) 201-5219 |
| | E-FILED 11/15/11<br>TERM 49<br>LINK 51 |

SEYFARTH SHAW LLP
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
Candace Bertoldi (SBN. 254725)
E-mail: cbertoldi@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile:  (213) 270-9601

**NOTE CHANGES MADE BY THE COURT.**

Attorneys for Defendant
WALGREEN CO.

SCOTT COLE & ASSOCIATES, APC
Scott Edward Cole, Esq. (S.B. # 160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, Esq. (S.B. #275599)
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:       scole@scalaw.com
Email:       mdesario@scalaw.com
Email:       silg@scalaw.com
Web:  www.scalaw.com

Attorney for Plaintiffs
GEORGE WILSON and TANARICA MARTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all other similarly situated,<br><br>             Plaintiffs,<br><br>       v.<br><br>WALGREEN CO. and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO.  CV 11-7664 PSG (FFMX)<br><br>[Assigned to the Hon. Philip S. Gutierrez, Courtroom 880]<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER ON STIPULATION RE FILING DEADLINE AND BRIEFING SCHEDULE RE CLASS CERTIFICATION MOTION(S)**<br><br>Complaint filed: May 13, 2011 |

[PROPOSED] ORDER ON STIPULATION RE FILING DEADLINE AND BRIEFING
SCHEDULE RE CLASS CERTIFICATION MOTION(S)
Case No. **CV 11-7664 PSG (FFMx)**

13931570v.1

Pursuant to the parties' stipulation, IT IS SO ORDERED that

~~1.    The moving papers concerning class certification motion(s) shall be filed on or before June 13, 2012;~~

~~2.    Opposition papers to the class certification motion(s) shall be filed within 60 days after the filing of the motion for class certification but no later than August 13, 2012;~~

~~3.    Reply papers, if any, concerning the class certification motion(s) shall be filed within 60 days after the filing of the opposition but no later than October 15, 2012; and The class certification motion(s) shall be heard on October 29, 2012, at 1:30 p.m.~~

**The parties are relieved from the requirements of Local Rule 23-3. The class certification motion schedule will be set at the Scheduling Conference.**

**IT IS SO ORDERED:**

DATED: 11/15/11

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

---

2
[PROPOSED] ORDER ON STIPULATION RE FILING DEADLINE AND BRIEFING
SCHEDULE RE CLASS CERTIFICATION MOTION(S)
Case No. Case No. **CV 11-7664 PSG (FFMx)**

13931570v.1