UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

cc: ADR Program

| Case No.: | **CV 11-7664-PSG (FFMx)** <br> SA CV 12-49-PSG (FFMx) | Date: | **October 1, 2012** |
|---|---|---|---|
| Title: | **GEORGE WILSON, ET AL. -VS- WALGREEN CO.** <br> **DONNA SABZGHABAIAN -VS- WALGREEN, CO., ET AL.** | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Miriam Baird | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Scott Cole   Diana Tabacupoulos
Howard Leviant   Jill Porcaro

Proceedings:   **SCHEDULING CONFERENCE**

  Having heard both cases to discuss trial related issues, as well as, other pending cases, the Court sets the following dates in both cases.

| | |
|---|---|
| Discovery Cut-Off: | 08-28-13 |
| Last Day to File Motion: | 09-11-13 |
| Final Pretrial Conference (2:30 p.m.): | 11-18-13 (set in chambers) |
| Jury Trial (9:00 a.m.): | 12-03-13 (set in chambers) |
| Estimated Length: | 6 days |

  Counsel is directed to review the Court's trial order for further details.

Time:   /19
Initials of Preparer   wh