Scott Edward Cole (SBN 160744)
Molly A. DeSario (SBN 230763)
Jessica L. Campbell (SBN 280626)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: mdesario@scalaw.com
Email: jcampbell@scalaw.com
Web: www.scalaw.com

Lead Counsel and Attorneys
for Representative Plaintiffs
and the Plaintiff Classes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE WALGREEN CO. WAGE AND HOUR LITIGATION

*Related Cases:*

WILSON v. WALGREEN CO.
HODACH v. WALGREEN CO.
BROWN v. WALGREEN CO.
JEROMINSKI v. WALGREEN CO.
GINDI v. WALGREEN CO.
HANNA v. WALGREEN CO.
SHANINIAN v. WALGREEN CO.
McDOWELL v. WALGREEN CO.
PETERSON V. WALGREEN CO.

**Case No. 11-cv-07664-PSG (FFMx)**

**CLASS ACTION**

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MANUALLY FILED DOCUMENTS IN SUPPORT THEREOF**

Case No. 11-cv-07664-PSG (FFMx)
Case No. 12-cv-07491-PSG (FFMx)
Case No. 12-cv-08574-PSG (FFMx)
Case No. 12-cv-10134-PSG (FFMx)
Case No. 13-cv-01154-PSG (FFMx)
Case No. 13-cv-02412-PSG (FFMx)
Case No. 13-cv-03576-PSG (FFMx)
Case No. 13-cv-01028-PSG (FFMx)
Case No. 12- cv-01832-LJO (GSAx)

TO THE COURT AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE THAT Plaintiffs, by and through their undersigned counsel, hereby withdraw their Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), without prejudice. The Motion for Preliminary Approval was **manually** filed on March 14, 2014 and accompanied by the following supporting documents:

1. Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

2. Declaration of Molly A. DeSario, Esq. in Support thereof and exhibits thereto;

3. Plaintiffs' Application to File Under Seal Materials in Connection with Motion for Preliminary Settlement Approval;

4. Declaration of Molly A. DeSario, Esq. in Support thereof; and

5. [Proposed] Order Granting Plaintiffs' Application to File Materials.

All of these documents, which are referenced in Plaintiffs' Notice of Manual Filing (Docket 137) are hereby withdrawn and should be disregarded as the Parties are continuing to revise the Motion for Preliminary Approval of Class Action Settlement and finalize other class settlement approval documents. Plaintiffs also withdraw the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, which they electronically filed. (Docket 138).

DATED: March 20, 2014

Respectfully submitted,
SCOTT COLE & ASSOCIATES, APC

By *___/s/ Scott Edward Cole___*
Scott Edward Cole
Molly A. DeSario
Jessica L. Campbell
Lead Counsel and Attorneys for Representative Plaintiffs and the Plaintiff Classes