E-FILED 7/1/14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILSON, TANARICA MARTIN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO. and DOES 1 to 50, inclusive, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV-11-7664 PSG (FFMx) <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO SET HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT ON SEPTEMBER 29, 2014** |

1  This Court, having considered the Stipulation to Set Hearing Date for
2  Motion for Final Approval of the Class Action Settlement Agreement On
3  September 29, 2014, hereby Orders as follow:
4     1. A hearing on Plaintiffs' Motion for Final Approval of the Class Action
5        Settlement Agreement shall be set for September 29, 2014 at 1:30 p.m. in
6        Courtroom 880 of this Court..
7     2. The deadline for opposition to the Motion for Final Approval is
8        September 8, 2014 and the deadline for Plaintiffs' reply to the opposition
9        is September 15, 2014.

**IT IS SO ORDERED.**

Dated: 7/1/14

PHILIP S. GUTIERREZ
**HON. PHILIP S. GUTIERREZ**
**UNITED STATES DISTRICT COURT JUDGE**

Submitted by:

SCOTT COLE & ASSOCIATES, APC
Scott Edward Cole (SBN 160744)
E-mail: scole@scalaw.com
Molly A. DeSario (SBN 230763)
Email: mdesario@scalaw.com
Stephen N. Ilg (SBN 275599)
Email: silg@scalaw.com
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Lead Counsel for the Putative Plaintiff Classes