E-FILED 10/6/14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WALGREEN CO. WAGE AND HOUR LITIGATION<br><br>*Related Cases:*<br><br><br><br>WILSON v. WALGREEN CO.<br>HODACH v. WALGREEN CO.<br>BROWN v. WALGREEN CO.<br>JEROMINSKI v. WALGREEN CO.<br>GINDI v. WALGREEN CO.<br>HANNA v. WALGREEN CO.<br>SHANINIAN v. WALGREEN CO.<br>McDOWELL v. WALGREEN CO.<br>PETERSON V. WALGREEN CO. | **Case No. 11-cv-07664-PSG (FFMx)**<br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO MODIFY AND CORRECT ORDER GRANTING PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS SETTLEMENT AND ATTORNEYS' FEES**<br><br>Case No. 11-cv-07664-PSG (FFMx)<br>Case No. 12-cv-07491-PSG (FFMx)<br>Case No. 12-cv-08574-PSG (FFMx)<br>Case No. 12-cv-10134-PSG (FFMx)<br>Case No. 13-cv-01154-PSG (FFMx)<br>Case No. 13-cv-02412-PSG (FFMx)<br>Case No. 13-cv-03576-PSG (FFMx)<br>Case No. 13-cv-01028-PSG (FFMx)<br>Case No. 12- cv-01832-LJO (GSAx) |

[PROPOSED] ORDER

18140714v.1

The Court, having considered the Stipulation to Modify and Correct Order Granting Plaintiffs' Motions for Final Approval of Class Settlement and Attorneys' Fees, hereby orders the following changes:

1. Page 6, last full paragraph: "Walmart" will be changed to "Walgreens."

2. Page 9, second full paragraph: "approximately 40,000 Class Members" will be changed to "approximately 44,000 Class Members."

3. Page 15, second full paragraph: The following text at the end of the paragraph will be deleted: "and [p]harmacists and pharmacy staff are now able to close their pharmacies so that they're able to take off-duty, uninterrupted meal periods."

4. Page 21, paragraph 4: "$6,440,00.00" will be changed to "$6,440,000.00."

5. Page 22, the following text will be added as paragraph 9:
"The Parties entered into the Settlement for the purpose of compromising and settling disputed claims.  Neither this Settlement, nor any final order on this Settlement, shall constitute an admission of any form of wrongdoing or liability on the part of Walgreens or the accuracy of any allegation raised in the FAC or any of the consolidated actions.  Walgreens in no way admits any violation of law or any liability whatsoever to Plaintiffs and the Class(es), individually or collectively, all such liability being expressly denied by Walgreens."

**IT IS SO ORDERED.**

DATED:     10/6/14

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Court