| | |
|---|---|
| 1  SEYFARTH SHAW LLP<br>   Diana Tabacopoulos (SBN 128238)<br>2  E-mail: dtabacopoulos@seyfarth.com<br>   Jill Porcaro (SBN 190412)<br>3  E-mail: jporcaro@seyfarth.com<br>   2029 Century Park East, Suite 3500<br>4  Los Angeles, California  90067-3021<br>   Telephone:  (310) 277-7200<br>5  Facsimile:   (310) 201-5219 | E-FILED 10/8/14<br>CLOSED |

SEYFARTH SHAW LLP
Candace S. Bertoldi (SBN. 254725)
E-mail: cbertoldi@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile:  (213) 270-9601

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WALGREEN CO. WAGE AND HOUR LITIGATION | Case No. 11-cv-07664-PSG (FFMx)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] JUDGMENT |
| *Related Cases:* | JUDGE:  Honorable Philip S. Gutierrez<br>Courtroom: 880 |
| WILSON v. WALGREEN CO.<br>HODACH v. WALGREEN CO.<br>BROWN v. WALGREEN CO.<br>JEROMINSKI v. WALGREEN CO.<br>GINDI v. WALGREEN CO.<br>HANNA v. WALGREEN CO.<br>SHANINIAN v. WALGREEN CO.<br>McDOWELL v. WALGREEN CO.<br>PETERSON V. WALGREEN CO. | Case No. 11-cv-07664-PSG (FFMx)<br>Case No. 12-cv-07491-PSG (FFMx)<br>Case No. 12-cv-08574-PSG (FFMx)<br>Case No. 12-cv-10134-PSG (FFMx)<br>Case No. 13-cv-01154-PSG (FFMx)<br>Case No. 13-cv-02412-PSG (FFMx)<br>Case No. 13-cv-03576-PSG (FFMx)<br>Case No. 13-cv-01028-PSG (FFMx)<br>Case No. 12- cv-01832-LJO (GSAx) |

[PROPOSED] JUDGMENT

18154623v.1

On notice duly given, this matter came before the Court on September 29, 2014 at 1:30 p.m. for a hearing on Representative Plaintiffs' Motion for an Order: (1) granting final approval of the parties' class action settlement agreement; and (2) entering judgment of dismissal with prejudice. Scott Cole & Associates, APC appeared on behalf of the Plaintiff classes and Seyfarth Shaw LLP appeared on behalf of Defendant Walgreen Co. On September 29, 2014, the Court entered its Order Granting Plaintiffs' Motions For Final Approval Of Class Settlement And Attorneys' Fees (Dkt. 209); on October 3, 2014, the Court entered an amended Order "Granting Plaintiffs' Motions For Final Approval Of Class Settlement And Attorneys' Fees" (Dkt. 211); and on October 6, 2014, the Court entered its "Order Regarding Stipulation To Modify And Correct Order Granting Plaintiffs' Motions For Final Approval Of Class Settlement And Attorneys' Fees" (Dkt. 213). Pursuant to and as required by the Settlement Agreement and the foregoing Orders,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

This action is dismissed in its entirety with prejudice, each side to bear its own attorneys' fees and costs, except as provided by the foregoing Orders.

Dated: 10/8/14

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Court Judge

*Submitted by:*
Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, (S.B. #275599)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California  94612
Telephone:  (510) 891-9800
Email:     scole@scalaw.com
Email:     mdesario@scalaw.com
Email:     silg@scalaw.com
Web:       www.scalaw.com

Lead Counsel and Attorneys
for Representative Plaintiffs
and the Plaintiff Classes

1
[PROPOSED] JUDGMENT

18154623v.1

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
E-mail: dtabacopoulos@seyfarth.com
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
WALGREEN CO.